Order entered November /4, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00411-CR

**DOUGLAS MARSHALL JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-14835-U**

# ORDER

The Court **ORDERS** court reporter Peri Wood to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 10, a DVD.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Peri Wood, official court reporter, 291st Judicial District Court, and to counsel for all parties.

_____
LANA MYERS
JUSTICE